UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401(K) SAVINGS PLAN TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>          Plaintiffs,<br>  v.<br><br>ZEUS FIRE & SECURITY, LLC, a Washington limited liability company,<br><br>          Defendant,<br><br>US BANK, N.A.,<br><br>          Garnishee. | Cause No. MC17-5007BHS<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on the plaintiff Trust Funds' Application for Writ of Garnishment for property in which the defendant/judgment debtor, Zeus Fire & Security, LLC, is believed to have substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, US Bank, N.A.

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

The Court has reviewed the Application for Writ of Garnishment, and the record in this matter, and ORDERS as follows:

The Clerk of the Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on September 22, 2017.

Dated: September 25, 2017

_____
BENJAMIN H. SETTLE
United States District Judge

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221